TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00376-CV






Kenneth Becker, Appellant


v.


Carla Hahn Clardy, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 230,807-B, HONORABLE RICK MORRIS, JUDGE PRESIDING



 


O R D E R


PER CURIAM

 The mandate in this cause issued by this Court on March 9, 2012, is hereby
withdrawn.

 It is ordered April 27, 2012.





Before Justices Puryear, Henson and Goodwin